Before the First Division, March 23, 1939

**No. 40903.**—Protest 964197–G of N. Y. Merchandise Co., Inc. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of novelty brushes or so-called fiber whisk brooms the same as those the subject of Abstract 34593. The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 40904.**—Protests 958423–G, etc., of H. H. Elder & Co. et al. (Los Angeles).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Nozaki* v. *United States* (C. D. 61) the boxes in question were held free of duty as the usual containers of canned mandarin oranges.

**No. 40905.**—Protest 954009–G of Ichabod T. Williams & Sons (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) the protest was sustained.

Before the Second Division, March 23, 1939

**No. 40906.**—Protest 841007–G of Ignaz Strauss & Co., Inc. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of inkwells, bookends, vases, letter openers, blotters, photo frames, brass corner sets, trays, and screens chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857) and Abstract 37730 cited.

**No. 40907.**—Protests 720837–G, etc., of Steinhardt Import Co., Inc., et al. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of boxes, atomizers, trays, bookends, thimbles, and curling irons chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and Abstract 38680 cited.